1  SCHILLING LAW GROUP, PC
     Charity M. Gilbreth (Bar No. 223504)
2    *charity.gilbreth@schillinglawgroup.com*
     Matthew G. Ardoin (Bar No. 293350)
3    *matt.ardoin@schillinglawgroup.com*
     Tyler H. Hunt (Bar No. 313326)
4    *tyler.hunt@schillinglawgroup.com*
   1100 Newport Center Drive, Suite 250
5  Newport Beach, California 92660
   Telephone: (949) 760-6120
6  Facsimile:  (949) 760-6129

7  Attorneys for Defendant BLIZZARD
   ENTERTAINMENT, INC., erroneously sued as
8  ACTIVISION BLIZZARD, INC.

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN JOSE DIVISION**

12

13 | ERIK ESTAVILLO, | CASE NO.
14 | Plaintiff, |
15 | v. | **BLIZZARD ENTERTAINMENT, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16 | BLIZZARD ENTERTAINMENT, INC., erroneously sued as ACTIVISION BLIZZARD, INC., |
17 |  |
18 | Defendant. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The undersigned is counsel of record for Defendant Blizzard Entertainment, Inc., erroneously sued as Activision Blizzard, Inc., and hereby submits the following disclosure pursuant to Civil L.R. 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, Blizzard Entertainment, Inc., has a parent company, Activision Blizzard, Inc.  Other than Activision Blizzard, Inc., there is no such interest to report.

Dated:  September 3, 2019         SCHILLING LAW GROUP, PC

Charity M. Gilbreth
Matthew G. Ardoin
Tyler H. Hunt


By: */s/ Matthew G. Ardoin*
Matthew G. Ardoin
Attorneys for Defendant
BLIZZARD ENTERTAINMENT, INC.,
erroneously sued as ACTIVISION BLIZZARD, INC.

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is SCHILLING LAW GROUP, PC 1100 Newport Center Drive, Suite 250, Newport Beach, CA 92660. My email address is shamika.polin@schillinglawgroup.com.

On **September 3, 2019**, I served the following document(s) described as:

**BLIZZARD ENTERTAINMENT, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Schilling Law Group, PC for collecting and processing documents for mailing with the United States Postal Service. Under that practice, such documents that are placed for collection and mailing, are deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I placed the document(s) listed above in a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the practice of Schilling Law Group, PC for collecting and processing documents for mailing with the United States Postal Service.

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127
Tel: (408) 593-1226

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 3, 2019

_____
Shamika L. Polin

4840-9838-9922, v. 1