| | |
|---|---|
| 1 | SCHILLING LAW GROUP, PC |
| | Charity M. Gilbreth (Bar No. 223504) |
| 2 | *charity.gilbreth@schillinglawgroup.com* |
| | Matthew G. Ardoin (Bar No. 293350) |
| 3 | *matt.ardoin@schillinglawgroup.com* |
| | Tyler H. Hunt (Bar No. 313326) |
| 4 | *tyler.hunt@schillinglawgroup.com* |
| | 1100 Newport Center Drive, Suite 250 |
| 5 | Newport Beach, California  92660 |
| | Telephone: (949) 760-6120 |
| 6 | Facsimile:  (949) 760-6129 |
| 7 | Attorneys for Defendant BLIZZARD |
| | ENTERTAINMENT, INC., erroneously sued as |
| 8 | ACTIVISION BLIZZARD, INC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO, | CASE NO. |
| Plaintiff, | |
| v. | **BLIZZARD ENTERTAINMENT, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| BLIZZARD ENTERTAINMENT, INC., erroneously sued as ACTIVISION BLIZZARD, INC., | |
| Defendant. | |

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Blizzard Entertainment, Inc., erroneously sued as Activision Blizzard, Inc., declares that it has a parent corporation, Activision Blizzard, Inc.

Defendant Blizzard Entertainment, Inc.'s parent company, Activision Blizzard, Inc., has no parent corporation and no publicly traded corporation currently owns 10 percent (10%) or more of its stock.

Dated:  September 3, 2019            SCHILLING LAW GROUP, PC

                                        Charity M. Gilbreth
                                      Matthew G. Ardoin
                                      Tyler H. Hunt

By: */s/ Matthew G. Ardoin*
    Matthew G. Ardoin
    Attorneys for Defendant
    BLIZZARD ENTERTAINMENT, INC., erroneously sued as ACTIVISION BLIZZARD, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is SCHILLING LAW GROUP, PC 1100 Newport Center Drive, Suite 250, Newport Beach, CA 92660. My email address is *shamika.polin@schillinglawgroup.com*.

On **September 3, 2019**, I served the following document(s) described as:

**BLIZZARD ENTERTAINMENT, INC.'S CORPORATE DISCLOSURE STATEMENT**

by serving a true copy of the above-described document in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Schilling Law Group, PC for collecting and processing documents for mailing with the United States Postal Service. Under that practice, such documents that are placed for collection and mailing, are deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I placed the document(s) listed above in a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the practice of Schilling Law Group, PC for collecting and processing documents for mailing with the United States Postal Service.

| | |
|---|---|
| Erik Estavillo<br>3284 Cortese Circle<br>San Jose, CA 95127<br>Tel: (408) 593-1226 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 3, 2019

_____
Shamika L. Polin

4840-4720-5794, v. 1