SCHILLING LAW GROUP, PC
Charity M. Gilbreth (Bar No. 223504)
*charity.gilbreth@schillinglawgroup.com*
Matthew G. Ardoin (Bar No. 293350)
*matt.ardoin@schillinglawgroup.com*
Tyler H. Hunt (Bar No. 313326)
*tyler.hunt@schillinglawgroup.com*
1100 Newport Center Drive, Suite 250
Newport Beach, California 92660
Telephone: (949) 760-6120
Facsimile: (949) 760-6129

Attorneys for Defendant BLIZZARD ENTERTAINMENT, INC., erroneously sued as ACTIVISION BLIZZARD, INC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>Plaintiff,<br><br>v.<br><br>BLIZZARD ENTERTAINMENT, INC., erroneously sued as ACTIVISION BLIZZARD, INC.,<br><br>Defendant. | CASE NO.<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: August 2, 2019 |

**TO THE COURT, ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** of the appearance of Tyler H. Hunt, as counsel of record for and on behalf of Defendant Blizzard Entertainment, Inc., erroneously sued as Activision Blizzard, Inc. ("Blizzard" or "Defendant"), in the above-referenced action. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

Charity M. Gilbreth
Matthew G. Ardoin
Tyler H. Hunt
Schilling Law Group, PC
1100 Newport Center Drive, Suite 250
Newport Beach, CA 92660

Tyler H. Hunt is licensed to practice law in the State of California, is a member in good standing of the California State Bar and is admitted to practice before the United States District Court of the Northern District of California.

Dated: September 3, 2019

SCHILLING LAW GROUP, PC

Charity M. Gilbreth
Matthew G. Ardoin
Tyler H. Hunt

By: */s/ Tyler H. Hunt*
Tyler H. Hunt
Attorneys for Defendant
BLIZZARD ENTERTAINMENT, INC., erroneously sued as ACTIVISION BLIZZARD, INC.

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is SCHILLING LAW GROUP, PC 1100 Newport Center Drive, Suite 250, Newport Beach, CA 92660. My email address is *shamika.polin@schillinglawgroup.com.*

On **September 3, 2019**, I served the following document(s) described as:

**NOTICE OF APPEARANCE**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Schilling Law Group, PC for collecting and processing documents for mailing with the United States Postal Service. Under that practice, such documents that are placed for collection and mailing, are deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I placed the document(s) listed above in a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the practice of Schilling Law Group, PC for collecting and processing documents for mailing with the United States Postal Service.

| | |
|---|---|
| Erik Estavillo<br>3284 Cortese Circle<br>San Jose, CA 95127<br>Tel: (408) 593-1226 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 3, 2019

Shamika L. Polin

4851-2695-7731 v. 1