SCHILLING LAW GROUP, PC
Charity M. Gilbreth (Bar No. 223504)
*charity.gilbreth@schillinglawgroup.com*
Matthew G. Ardoin (Bar No. 293350)
*matt.ardoin@schillinglawgroup.com*
Tyler H. Hunt (Bar No. 313326)
*tyler.hunt@schillinglawgroup.com*
1100 Newport Center Drive, Suite 250
Newport Beach, California 92660
Telephone: (949) 760-6120
Facsimile: (949) 760-6129

Attorneys for ACTIVISION BLIZZARD, INC.
and BLIZZARD ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendant. | CASE NO. 19-cv-05540-NC<br><br>Assigned To: Hon. Nathanael Cousins<br>Courtroom: 5<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>[*Notice of Motion and Motion to Dismiss; Request for Judicial Notice; and Declaration of Matthew G. Ardoin filed concurrently herewith*]<br><br>Date: October 23, 2019<br>Time: 1:00 p.m.<br>Courtroom.: 5<br><br>Action Filed: August 2, 2019<br>Trial Date: None Set |

1  On _____, 2019, at 1:00 p.m., the Motion to Dismiss Plaintiff Erik
2  Estavillo's ("Plaintiff") Complaint came on regularly for hearing, the Honorable
3  Nathanael Cousins presiding.  After carefully considering the papers filed by the parties
4  and having heard argument and being fully advised, the Court orders as follows:
5      It is hereby ORDERED that the Motion to Dismiss Plaintiff's Complaint is
6  GRANTED in its entirety.
7      It is further ORDERED that the Complaint is dismissed with prejudice and
8  without leave to amend.

11  Dated:_____      _____
12      THE HONORABLE NATHANAEL COUSINS
    UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is SCHILLING LAW GROUP, PC 1100 Newport Center Drive, Suite 250, Newport Beach, CA 92660. My email address is *shamika.polin@schillinglawgroup.com*.

On **September 10, 2019**, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**

by serving a true copy of the above-described document in the following manner:

## BY OVERNIGHT MAIL DELIVERY

I am familiar with the office practice of Schilling Law Group, PC for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I mailed a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the office practice of Schilling Law Group, PC for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

| |
|---|
| Erik Estavillo<br>3284 Cortese Circle<br>San Jose, CA 95127<br>Tel: (408) 593-1226 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 10, 2019

*/s/ Shamika L. Polin*
Shamika L. Polin

---

19-cv-05540-NC

[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT COMPLAINT

SCHILLING LAW GROUP, PC