UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>        Plaintiffs,<br><br>v.<br><br>BLIZZARD ENTERTAINMENT, INC.,<br><br>        Defendants. | Case No.: 19-cv-05540-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/11/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

Dated: 9/11/2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                        By: *Lili M Harrell*
                                              Lili Harrell, Deputy Clerk to the
                                              Nathanael M. Cousins