1  Name: Erik Estavillo
2  Address: 3284 Cortese Circle
   San Jose, CA 95127
3  Phone Number: 408-593-1226
4  E-mail Address: Uy1uy1uy27@gmail.com
5  *Pro Se*

RECEIVED
SEP 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erik Estavillo

    Plaintiff,

vs.

Activision Blizzard, Inc.

    Defendant.

Case Number: 5:19-CV-05540-NC

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge