UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIK ESTAVILLO, | Case No.: 19-cv-05540-NC |
|---|---|
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| BLIZZARD ENTERTAINMENT, INC., | |
| Defendants. | |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/12/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

Dated: 9/12/2019

Susan Y. Soong
Clerk, United States District Court

By: *Lili M Harrell*
Lili Harrell, Deputy Clerk to the
Nathanael M. Cousins

*Service_Certificate _CRD*
*rev. August 2018*