Erik Estavillo
3284 Cortese Circle
San Jose, CA. 95127
(408) 593-1226
uy1uy1uy27@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Erik Estavillo,<br><br>         Plaintiff,<br><br>    v.<br><br>Activision Blizzard, Inc.<br><br>         Defendant, | CASE NO. 5:19-cv-05540-NC<br><br>Assigned To: Hon. Nathanael Cousins<br>Courtroom: 5<br><br>**REPLY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

1. **Established Liability through similar facts occurring to other victims:**

    Here are more recent examples of Blizzard getting carried away with their arbritary and lawless suspensions and bans, which are now in the realm of becoming unconstitutionally ungovernable from within their own company, particulary, when it comes to any type of free speech they don't agree with. Recently, a hearthstone hong kong player was banned for simply stating his viewpoint on how he feels about the hong kong situation. Many notable lawmakers have responded to Blizzard appeasing to a foreign country's demands and their far-reach of regulating free speech here in the States. To quote the supplemental recent news articles, "Now, US senators are criticizing the game's publisher for its move.

"Blizzard shows it is willing to humiliate itself to please the Chinese Communist Party," Sen. Ron Wyden (D-OR) said. "No American company should censor calls for freedom to make a quick buck."

… "Recognize what's happening here. People who don't live in China must either self censor or face dismissal & suspensions," Sen. Marco Rubio (R-FL) said in a tweet on Tuesday. "China using access to market as leverage to crush free speech globally. Implications of this will be felt long after everyone in U.S. politics today is gone."

**2. Conclusion**:

These are just more recent examples of Blizzard getting carried away with their arbitrary and lawless suspensions and bans, which are now in the realm of becoming unconstitutionally ungovernable from within their own company, particulary, when it comes to any type of free speech they don't agree with.

Blizzard Entertainment, Inc. continues to embarrass itself and the United States through such suspensions and bans that violate the first amendment and our right to certain free speech, even such speech that occurs online or in a video game. These financially hurtful suspsensions and/or bans to customers need to be addressed in Federal Court and Blizzard should be required to notify customers before they purchase a game, on the digital game page, that refunds will not be granted for customers who exercise their right to free speech if BLIZZARD DOESN'T AGREE WITH YOUR VIEWPOINT or if your viewpoint may also happen to piss off any foreign country they're financially in bed with, especially China (read supplemental exhibit articles for more context on this last sentence).

By:/s/ *Erik Estavillo*     ,

Erik Estavillo
Pro-se, Pro-per