UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVSION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BLIZZARD ENTERTAINMENT, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-05540-EJD<br><br>**CLERK'S NOTICE RESETTING MOTION AND CASE MANAGEMENT HEARING FOLLOWING REASSIGNMENT**<br><br>Re: Dkt. No. 9 |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　YOU ARE NOTIFIED THAT Defendant's Motion to Dismiss (Dkt. 9 filed on September 10, 2019) previously scheduled for October 23, 2019 is HEREBY RESET for December 12, 2019 at 9:00 a.m.  The case management conference has been set for February 13, 2020 at 10:00 AM in Courtroom 4, 5th Floor, 280 S. 1st Street, San Jose, California.  On or before February 3, 2020, the parties shall file a joint case management conference statement. The Court does not issue a revised Initial Case Management Scheduling Order with ADR Deadlines. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/ejdorders.

Dated: 10/11/2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　Adriana M. Kratzmann, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable EDWARD J. DAVILA

Case No.: 19-cv-05540-EJD
CLERK'S NOTICE RESETTING MOTION AND CASE MANAGEMENT HEARING FOLLOWING REASSIGNMENT