UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIK ESTAVILLO,

         Plaintiffs,

  v.

BLIZZARD ENTERTAINMENT, INC.,

         Defendants.

Case No.: 19-cv-05540-EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 10/11/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Erik Estavillo
3284 Cortese Circle
San Jose, CA 9512

Dated: 10/11/2019

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: *Adriana M. Kratzmann*
                                            Adriana M. Kratzmann, Deputy Clerk to
                                            the Honorable Edward J. Davila

*Service_Certificate _CRD*
*rev. August 2018*