# Blizzard won't punish the US college Hearthstone players who protested in support of Blitzchung – so they quit

*Plus another Hearthstone Grandmasters commentator resigned*

By **Bree Royce**  -  October 11, 2019 10:00 AM



On Wednesday, we reported that a *Hearthstone* collegiate team from American University in Washington, D.C., had staged a brief protest in support of Hong Kong and the Hong Kong player banned last weekend. Now it appears Blizzard won't be doing anything about it.

The players had waited until the end of their match to hold up a "FREE HONG KONG / BOYCOTT BLIZZ" sign that was broadcast for a few seconds before the stream director cut away. The protest was clearly intended in support of pro *Hearthstone* esports player Ng "blitzchung" Wai Chung, whom Blizzard banned along with two Taiwanese commentators earlier this week over blitzchung's pro-Hong Kong outburst during a post-match interview in Taiwan. Blizzard also clawed back $10,000 in tournament winnings from Ng.

According to Rod Breslau, the esports journalist who'd originally broken that news, Blizzard isn't going to do anything about the American University team's stunt, which if you think about it is exactly the point the students were trying to make – that the rules are being arbitrarily and politically enforced and Blizzard's position was untenable.

So the whole team quit the season, just like that.

"Blizzard/TeSPA has decided not to penalize American University for holding up their sign and scheduled their next match, but AU has decided to forfeit the match and the season, saying it'd be hypocritical for Blizzard to punish blitzchung but not them." He then added, "Blizzard one disaster after another."

Here was original stream during which the protest took place.

**Our full coverage of Blizzard's fiasco is here:**

- US politicians chastise Activision-Blizzard for its handling of the Hong Kong fiasco
- Riot Games expresses 'empathy' for Blizzard after its Hong Kong fiasco
- Massively Overthinking: Are you boycotting Blizzard?
- Blizzard decides to ban the college Hearthstone team that called for a Blizzard boycott too
- WoW Factor: Blizzard's nonpology and the ethics of boycotting
- Massively OP Podcast Episode 242: And then Blizzard said, 'Hold my beer'
- Overwatch brings back Halloween today but cancels the Nintendo Switch launch event
- Blizzard solves its 'one company, two policies' problem by hiding pro players and canceling an event
- Not So Massively: The Blizzard I loved is dead
- BlizzCon protests begin to officially organize in response to the Hong Kong controversy
- Blizzard finally addresses Hong Kong esports fiasco, reducing bans and reinstating prize money
- League of Legends tells casters and pro players to avoid 'sensitive issues' at the World Champs
- Blizzard dev says there's no internal comms over Hong Kong fiasco: 'It's pulling our teams apart at the seams'
- Mark Kern didn't just quit WoW Classic: He accused his old Firefall studio of Chinese corruption
- Blizzard won't punish the US college Hearthstone players who protested in support of Blitzchung – so they
- Analysts fret over Blizzard's prospects following wildly unpopular ban of Hong Kong Hearthstone esports
- Global Chat: The Hearthstone Hong Kongstraversy
- WoW Factor: The shabby ethics of Blizzard's 'Hong Kong liberation' ban
- Players, pros, and politicians join in protest over Blizzard's censorship of Hong Kong Hearthstone pro
- Blizzard bans Hearthstone esports player and fires casters over pro-Hong Kong protest

Source: Twitter

Update 10:20 AM EDT

And now a second prominent Hearthstone caster has rebuked Blizzard, announcing he of *Hearthstone* casting for the rest of the Grandmasters season. "Blitzchung's actions t Hong Kong speak to me far more than I could have imagined," Nathan "Admirable" Za "It takes courage to stand up for what you believe in, and to make sacrifices in the proc actions are inspiring to me, and I support him wholeheartedly."



**Nathan 'Admirable' Zamora**
@ThatsAdmirable

My statement regarding Blitzchung, Hearthstone Grandmasters, and Blizzard.

I reference writing from @bmkibler which can be read in full here:
medium.com/@bmkibler_5280…

> For half a decade, I have sought to bring passion and joy to a community that shares my love for Hearthstone and card games. The thirst for competition, the desire for drama, and the conquest for glory. It's led me down paths I could not have fathomed as a young man playing games. During that half decade, I've worked to uphold Blizzard's foundational, core values — particularly Every Voice Matters. However, in light of recent events regarding Blitzchung, it is with a heavy heart that I must say this:
>
> I will not be part of the broadcast team for Hearthstone for the remainder of this Grandmasters season, for the Masters Tour in Bucharest, or for BlizzCon.
>
> Blitzchung's actions to support Hong Kong speak to me far more than I could have imagined. It takes courage to stand up for what you believe in, and to make sacrifices in the process. His actions are inspiring to me, and I support him wholeheartedly.
>
> Brian Kibler released a statement that pretty much hits the nail on the head. It's hard to add much more to this, and I agree with Brian's stance on this matter.
>
> In Brian's closing thoughts, he says:
>
> "However, I want to make clear that not everyone involved in GM has this luxury [to take a stance and end their involvement in Grandmasters]. Do not take your anger out on the other casters, or streamers, or employees of Blizzard. This is not the kind of decision that comes from the rank and file. Most likely they're just as angry as you are. I know I am."
>
> He's not wrong. For me, this is a large part of my livelihood. This is my passion. This pursuit has been my life, and I'm lucky that I've been able to make it a career. But I cannot compromise my conviction. WIthout change that would convince me that Blizzard will uphold their core value "Every Voice Matters," I cannot continue casting the game.
>
> Hearthstone and games have taught me a lot of valuable lessons. And so, in summary, here's how I can best describe it:

5,835   3:57 PM - Oct 10, 2019

1,303 people are talking about this

CODE OF CONDUCT | COMMENTING FAQ | EDIT PROFILE | AKISMET PRIVAC