Erik Estavillo
3284 Cortese Circle
San Jose, CA. 95127
(408) 593-1226
uy1uy1uy27@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Erik Estavillo,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Activision Blizzard, Inc.<br><br>　　　　Defendant, | CASE NO. 5:19-cv-05540-EJD<br><br>Assigned To: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor<br><br>**Memorandum Presenting Reasons Why Oral Arguments Would Assist the Court** |

1. **Activision Blizzard Inc., as a US company, has again disrespected the Judicial process and this Federal Court by refusing to present any oral argument for its representation of Anti-Democratic and Anti-Hong Kong ideologies before the Honorable Edward J. Davila and disregarding any questions His Honor or the plaintiff may have had about this particular case in its entirety.**

　　Since this is so, and the upcoming motion hearing has already been vacated, it is only suiting as I have no other recourse than to present my oral argument in written form via this Memoradum. This is what I was going to say at the upcoming motion hearing set for 12/12/2019 at 09:00 AM in San Jose, Courtroom 4, 5th floor. Here is my imporant, albeit brief opening statement that was to occur at the

motion hearing and goes as verbatim, "Good morning, your Honor. Whether you agree with his politics or not, even President Donald Trump recently signed the Hong Kong Human Rights And Democracy Act, which is an overwhelmingly bipartisan measure that was recently passed in congress. And as you may already know your honor, by having read my complaint in-full, that Activision Blizzard Inc., has recently banned blitzChung, a popular hearthstone player for saying 'free Hong Kong' during a Blizzard endorsed tournament broadcast. He was banned and stripped of all monies he had earned.

To further state why I'm so passionate for our democratic process is because it's the best in the world and I'd also like to reiterate that my dad who is here with me is a two-tour Vietnam Veteran who was gravely injured in that war but never stopped believing in our American way of life, which Blizzard threatens every day. Blizzard is a persistant threat on our freedom of speech, expression, and on the American way of life we enjoy everyday. Like other congress members such as Senator Marco Rubio (R) and Congresswoman Alexandria Ocasio-Cortez (D), I believe Blizzard should be penalized and have to pay some sort of punitive damages in this particular case. The punitive damages can even go to a charity and not to me – the message being sent is the most important thing. But let's make no mistake, this is a vital and important issue, especially this day in age. Activision Blizzard Inc. has shown time and time again that they are willingly to and ably insouciantly violating consumer rights with insonsistent, caprice, partial, and illegal ban/suspensions that they hand out daily to medically/mentally disabled players throughout all of their video games, and more imporantly in their video game Overwatch; of which this particular case is in relation to. This is being done everyday to gamers who haven't done anything wrong, such as blitzChung.

Lastly, I'd like to note I suffer from Crohn's disease, obsessive-compuslive disorder, panic disorder and depression – as I have my medications here with me as you can see your Honor. There are many mentally disabled gamers like me who are addicted to gaming, which is now recognized by The World Health Organization (WHO) and has been labled as 'Gaming Disorder', which Activision Blizzard is

obviously guilty of helping spread. Other sufferers like me don't appreciate Blizzard acting like the 'drug dealers' they are by atrracting and getting the most vulnerable of the population, i.e. kids and the mentally ill, such as myself hooked on their games. And to make matters even worse, Blizzard then brings us addicted gamers to their 'virtual drug house' – which is their online community which they label as a "live service". Once there, Blizzard continues to ban us if we don't act 'holy' enough as if they built an online church. Believe me, they are not building online churches but rather are building vicious, toxic, competitive online 'addiction centers' where everyone is angry, venting, and spending more and more of our money on their 'services'. Which, ironically, they then take away with unjust bans and suspensions, so that the purchasing cycle repeats itself and may continue to improve their profits. All the while, Blizzard wants their addicted gaming consumers to act like Chinese Monks when playing any one of their video games online and when communicating with other gamers. And if we don't say anything politically correct, they kick us out of their 'online drug house' and tell us to get our 'fix' at a different drug house (which means buying their video game all over again at a 'different online store' despite them again reaping the benefits and profits from that particular purchase). But it's the only way to play their video game again. So, essentially, Blizzard is forcing us to buy their game twice, thrice, or even four times which is obviously beneficial for them for plain reasons. They make more revenue by having every consumer by three games instead of one. And they accomplish this by banning as many people as possible so that we have to rebuy the game - inevitably increasing their revenue and improving their bottom line."

2. **Conclusion**:

I have filed lawsuits in the past, always against video gaming companies when they're doing wrong. I've never filed a lawsuit against a non-video gaming company or personal individual. Video games are important to me. And different issues are important to different judges. The US Supreme Court decides its cases based on if just 4 of the 9 justices find it worthy. But let's say just 3 judges found

the case worthy. That's not good enough. Much of the time very important issues to certain judges are not heard while less important issues may be heard. It's all about perspective when it comes to which cases are moot. I'm hoping that your Honor finds that this case is important since it does involve minors who are agreeing everyday to Overwatch's EULA by simply pressing two buttons on a video game controller. Doesn't seem "legally" binding to me. Seems more like a joke that these minors and the mentally ill can agree to an EULA by pressing 'x' and then 'a'. Nonetheless, I will appeal to the Ninth Circuit if this case is not heard and is dismissed.

By: /s/ *Erik Estavillo*    ,

Erik Estavillo
Pro-se, Pro-per