UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
408-535-5363

December 5, 2019

Santa Clara Superior Court
191 N. First Street
San Jose, Ca., 95113

RE:  Erik Estavillo v.  Blizzard Entertainment, Inc.
    5:19-cv-05540-EJD

Your Case Number:  19CV352264

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copy of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Cindy Hernandez*

by:  Cynthia Hernandez
Case Systems Administrator
408-535-5386